1  JASON M. WUCETICH (STATE BAR NO. 222113)
   jason@wukolaw.com
2  DIMITRIOS V. KOROVILAS (STATE BAR NO. 247230)
   dimitri@wukolaw.com
3  WUCETICH & KOROVILAS LLP
   222 N. Pacific Coast Highway, Suite 2000
4  El Segundo, CA 90245
   Telephone:  (310) 335-2001
5  Facsimile:  (310) 364-5201

6  Attorneys for Plaintiff
   ANTONIO HOOD
7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11 | ANTONIO HOOD, individually and on behalf of all others similarly situated, | CASE NO.: 2:24-cv-04772-JFW-E |
   |---|---|
   | Plaintiff, | **STIPULATION RE VOLUNTARY DISMISSAL PER FED. R. CIV. P. 41** |
   | v. | Judge:       Hon. John F. Walter |
   | DRIVE SALLY, LLC; and DOES 1-10, | Courtroom:   7A |
   | Defendants. | |

STIPULATION RE VOLUNTARY DISMISSAL

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Antonio Hood and
2 defendant Drive Sally, LLC, hereby stipulate and agree to Plaintiff's voluntary
3 dismissal of this action in its entirety, with prejudice as to plaintiff Antonio Hood
4 and without prejudice as to the class defined in the complaint, and that each party
5 shall bear its own fees and costs except as may otherwise be provided by any
6 agreement between the parties.
7    IT IS SO STIPULATED.

DATED: August 2, 2024          WUCETICH & KOROVILAS LLP

                               By: */s/ Dimitrios V. Korovilas*
                                   Dimitrios V. Korovilas

                               *Attorneys for Plaintiff*


DATED: August 2, 2024          MANNNG & KASS ELLROD
                                      RAMIREZ TRESTER LLP

                               By: */s/ Anthony J. Ellrod*
                                   Anthony J. Ellrod

                               *Attorneys for Defendant*