JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HOOD, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DRIVE SALLY, LLC; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:24-cv-04772-JFW-Ex<br><br>**ORDER DISMISSING CASE PER FED. R. CIV. P. 41**<br><br>Judge:　　　Hon. John F. Walter<br>Courtroom:　7A |

Pursuant to the parties' stipulation re voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice as to plaintiff Antonio Hood and without prejudice as to the class defined in the complaint. Each party shall bear its own fees and costs, except as may otherwise be provided by any agreement between the parties.

　　　IT IS SO ORDERED.

DATED: August 2, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter

ORDER RE DISMISSAL